McGREGOR W. SCOTT
United States Attorney
JESSICA A. MASSEY
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL DELACRUZ,<br><br>Defendant. | No. 1:18-CR-00069 LJO<br>1:18-CR-00070 LJO<br><br>STIPULATION TO SET A CHANGE OF PLEA HEARING AND VACATE JURY TRIAL DATE |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, represented by Jessica A. Massey, and Kimberly A. Sanchez, Assistant U.S. Attorneys, and Robert Lamanuzzi, attorney for the defendant, that the jury trial set for December 11, 2019, before the Honorable Lawrence J. O'Neill, Chief U.S. District Court Judge, be vacated and that a change of plea hearing be set for December 2, 2019. The parties have executed and filed a plea agreement in this matter.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial,

///

///

1

and that the delay through December 2, 2019, is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: November 22, 2019                    Respectfully submitted,

                                                                            McGREGOR W. SCOTT
                                                                            United States Attorney

                                                     By     /s/ Jessica A. Massey
                                                            JESSICA A. MASSEY
                                                            Assistant U.S. Attorney

                                                            /s/ Kimberly A. Sanchez
                                                            KIMBERLY A. SANCHEZ
                                                           Assistant U.S. Attorney

Dated: November 22, 2019                    /s/ Robert Lamanuzzi
                                                       ROBERT LAMANUZZI
                                                       Attorney for Defendant

IT IS SO ORDERED.

    Dated:   **November 26, 2019**                    **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES CHIEF DISTRICT JUDGE