McGREGOR W. SCOTT
United States Attorney
JESSICA A. MASSEY
KIMBERLY A. SANCHEZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL DELACRUZ,<br><br>Defendant. | CASE NO. 1:18-CR-00069-DAD-SKO<br><br>UNITED STATES' MOTION TO DISMISS & ORDER |

The United States of America, by and through its undersigned counsel, hereby moves to dismiss without prejudice the complaint in this case pursuant to Federal Rule of Criminal Procedure 48.

Dated: July 24, 2020                                                McGREGOR W. SCOTT
                                                                            United States Attorney

                                                                    By:   /s/ JESSICA A. MASSEY
                                                                            JESSICA A. MASSEY
                                                                            Assistant United States Attorney

1

## ORDER

IT IS HEREBY ORDERED that the complaint in the above-captioned matter is dismissed without prejudice, upon application of the United States of America.

IT IS SO ORDERED.

Dated: __July 27, 2020__   _____
UNITED STATES DISTRICT JUDGE